# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHAMBERS OF<br>**ANN MARIE DONIO**<br>U.S. MAGISTRATE JUDGE | June 1, 2020 | MITCHELL H. COHEN COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>ROOM 2010<br>P.O. BOX 850<br>CAMDEN, NJ  08101-0850<br>(856) 757-5211 |

**Electronically Filed**

Surinder Aggarwal, Esq.
P.O. Box 1482
Paramus, NJ 07653

Daniel Rybeck, Esq.
Weir & Partners LLP
20 Brace Rd., Suite 200
Cherry Hill, NJ 08034

Greg DiLorenzo, Esq.
Vanessa James, Esq.
Barker, Gelfand & James, P.C.
210 New Rd., Suite 12
Linwood, NJ 08221

Shanna McCann, Esq.
Chance & McCann LLC
201 West Commerce Street
Bridgeton, NJ 08302

> *Re: Jacobs v. Cumberland County, et al*
> *16cv1523 (JHR/AMD)*

Dear Counsel:

   The Court is in receipt of two letters dated May 16, 2020 and May 21, 2020 from Raheem Jacobs. I am enclosing copies of the letters to Mr. Aggrawal, Esq. only at this time.

                              Very truly yours,

                              s/ Ann Marie Donio
                              ANN MARIE DONIO
                              UNITED STATES MAGISTRATE JUDGE

AMD:slb